# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

## No. 07-7016                    September Term, 2006

**07cv00070**



Kenneth Daniel Jules,
Appellant

v.

Random House, Inc.,
Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: _____

BY: _____

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Filed On

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    MAY 3 1 2007

CLERK

**FILED**

JUL 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Ginsburg, Chief Judge, and Rogers and Kavanaugh, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief, the supplement thereto, and the appendix filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).   It is

**ORDERED AND ADJUDGED** that the district court's order, filed January 12, 2007, be affirmed. The district court properly dismissed the complaint sua sponte under 28 U.S.C. § 1915(e), because the allegations lack an arguable basis either in law or fact. See Nietzke v. Williams, 490 U.S. 319, 325 (1989). The complaint contains factual allegations that are so implausible as to be "fantastic or delusional." Id. at 327-28.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk